**Order entered October 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01000-CV

**FAVOUR LEASING, LLC, ET AL., Appellants**

**V.**

**PATRICK J. MULLIGAN, ET AL., Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-14667-A**

## ORDER

We **GRANT** appellees' September 25, 2013 unopposed motion for an extension of time to file a brief. Appellees shall file their brief on or before October 21, 2013. We caution appellees that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     DAVID LEWIS
JUSTICE